UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAMUEL CAWYER, individually and on behalf of DIMITRI "PETE" CAWYER, a minor,

Plaintiffs,

v.

SEARS, ROEBUCK AND CO.; HUSQVARNA OUTDOOR PRODUCTS, INC., FORMERLY ELECTROLUX HOME PRODUCTS, INC.,

Defendants.

CASE NO. C06-5391RJB

ORDER STRIKING PLAINTIFF'S FIRST MOTION TO COMPEL RE: DEFENDANT HUSQVARNA AND STRIKING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

This matter comes before the Court on Plaintiff's First Motion to Compel RE: Defendant Husqvarna (Dkt. 13) and Defendants' Motion for a Protective Order (Dkt. 22). The Court has considered the pleadings filed in support of and in opposition to the motions and the remainder of the file herein.

## I. BACKGROUND AND DISCUSSION

Having determined that a protective order is warranted to protect trade secrets in the Project 405 file, the subject of the pending discovery motions, the Court re-noted Plaintiff's First Motion to Compel RE: Defendant Husqvarna (Dkt. 13) and Defendants' Motion for a Protective Order (Dkt. 22). Dkt. 29. The purpose of re-noting the motions was to allow the parties to provide "supplemental briefing as to which documents in the Project 405 file should be

ORDER
Page 1